**PLEASE REFER TO THE COURT'S CASE FILE**

