IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TRANSLOGIC TECHNOLOGY, INC., | ) | |
| | ) | |
| | ) | Civ. No. 99-407-PA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HITACHI, LTD., HITACHI AMERICA, | ) | VERDICT FORM |
| LTD., RENESAS TECHNOLOGY | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

1   We the jury, being duly empaneled, find as follows:

2   1.  Did Hitachi, Ltd. induce one or more of the
3   companies below to import into the United States, or to use,
4   offer for sale in, or sell in the United States, accused
5   products containing SH microprocessors that infringe claims
6   16 and 17 of plaintiff's U.S. Patent No. 5,162,666:
7   Sega Enterprises, Ltd., of Japan         Yes  X   No ___
8   Casio Computer Co., Ltd., of Japan       Yes  X   No ___

1 - VERDICT FORM

2. Enter below the amount of damages you find that plaintiff has suffered as a result of defendants' infringement of claims 16 and 17 of plaintiff's U.S. Patent No. 5,162,666, up to today:

$ _86,500,000.00_

Dated this _6_ day of May, 2005.

Signed: _____
Presiding Juror

2   - VERDICT FORM