# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CIVIL MINUTES

**Case No.:** CV 99-407-PA  
**Date of Proceeding:** 10/12/05

**Case Title:** Translogic v Hitachi Ltd.

**Presiding Judge:** Owen M. Panner  
**Courtroom Deputy:** Deborah DesJardins

**Reporter:** Dennis Apodaca  
**Tape No:** _____

## DOCKET ENTRY:

Record of hearing: Defendants' motions for JMOL on inducement (#780), for reconsideration on anticipation (#815), and for partial reconsideration of claim construction (#826) are denied. Opinion to follow. Plaintiff's motion for prejudgment interest (#771) is granted in part as stated in open court. Plaintiff is to draft a proposed form of judgment based on the court's rulings, and submit it to defendants for review. Defendants may respond within 10 days to the proposed form of judgment. Plaintiff's motion for an accounting (# 834) is granted in part. Defendants are ordered to keep an accounting of all relevant sales since the jury's verdict.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Jeffrey Love | David Axelrod |
| Kevin Hayes | Nathan Lane |
|  | David Elkins |

cc: { } All counsel

**DOCUMENT NO:** _____  
CIVIL MINUTES

Civil Minutes

Honorable Owen M. Panner