**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**CIVIL MINUTES**

**Case No.:** 99-407-PA                                   **Date of Proceeding:** 3/9/06

**Case Title:** Translogic v Hitachi, et al.

**Presiding Judge:** **Owen M. Panner**           **Courtroom Deputy:** **Deborah DesJardins**

**Reporter:** Bonita Alexander                          **Tape No:** _____

**DOCKET ENTRY:**

Record of hearing: defendants' motions for new trial (#846) and to stay enforcement (#843) are taken under advisement.

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| Jeffrey Love | David Elkins |
| Jared Goff | Nathan Lane |
|  | David Axelrod |

cc:  { } All counsel

**DOCUMENT NO:** _____
**CIVIL MINUTES**

Civil Minutes                                                                    Honorable Owen M. Panner